09CV1073
JUDGE ST. EVE
MAGISTRATE JUDGE VALDEZ
BR

## IN THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS
### TWELFTH JUDICIAL DISTRICT

RYAN K. MORAN, )
    Plaintiff, )
    v. )  No. 08 L
THOMAS ARTHUR SNYDER, individually, )
and as agent/employees of SISBRO, INC., )
an Illinois corporation, and SISBRO, INC., )
an Illinois corporation, )
    Defendant. )



### COMPLAINT AT LAW

NOW COMES the Plaintiff, RYAN K. MORAN, by and through his attorney, EDWARD T. GRANEY, and complaining of Defendants THOMAS ARTHUR SNYDER, individually, and as agent/employee of SISBRO, INC., an Illinois corporation, and SISBRO, INC., an Illinois corporation, hereby states as follows:

### The Parties

1. Plaintiff RYAN K. MORAN, resides at 4144 Ridge Road, Stevensville, Michigan, 49127, and his date of birth is April 10, 1985.

2. Defendant THOMAS ARTHUR SNYDER, individually, and as agent/employee of SISBRO, INC., resides at 30501 Campbell Street, Maywood, Missouri, 63454 and his date of birth is October 27, 1970.

3. Defendant SISBRO, INC., the owner of the truck being driven by THOMAS ARTHUR SNYDER, is located at 4116 Wismann Lane, P.O. Box 3765, Quincy, Illinois, 62305.

Initial case management set for 3-30-09 at ___ 9 am/pm



DEFENDANT'S EXHIBIT A

## COUNT I

NOW COMES the Plaintiff, RYAN K. MORAN, by and through his attorney, EDWARD T. GRANEY, and complaining of the Defendant THOMAS ARTHUR SNYDER, individually and as agent/employee of SISBRO, INC., an Illinois corporation, hereby states as follows:

1. That on or about April 30, 2007, Plaintiff RYAN K. MORAN was operating a motor vehicle eastbound on I-80, in the County of Will and State of Illinois.

2. That on or about April 30, 2007, Defendant THOMAS ARTHUR SNYDER, individually, and as an agent/employee of SISBRO, INC., an Illinois corporation, was operationg a truck eastbound on I-80, in the County of Will and State of Illinois.

3. That at or about the above time and place, Defendant THOMAS ARTHUR SNYDER rear-ended the motor vehicle of Plaintiff RYAN K. MORAN.

4. As a result of Defendant's negligent conduct the Plaintiff was made sick sore, and lame and was forced to undergo medical expenses and pain.

5. That at or about the above time and place, Defendant THOMAS ARTHUR SNYDER was guilty of the following acts and/or omissions:

   (a) Failed to yield when danger of collision was imminent;

   (b) Failed to keep and maintain control of his vehicle;

   (c) Failed to apply brakes when danger of collision was imminent;

   (d) Failed to sound horn when danger of collision was imminent;

   (e) Failed to keep a safe distance from Plaintiff's vehicle; and

   (f) Was other careless and negligent.

/27/2009 10:48 AM Great West Casualty Fax:800-833-1851 Help:800-552-9118 Page 4 of 7
JAN-26-2009(MON) 11:20 SISBRO (FAX)12172227423 P.005/012

Case: 1:09-cv-01073 Document #: 1-2 Filed: 02/19/09 Page 3 of 5 PageID #:4

WHEREFORE, the Plaintiff, RYAN K. MORAN, respectfully prays for judgment in excess of fifty thousands dollars ($50,000.00), plus cost.

## COUNT II

NOW COMES the Plaintiff, RYAN K. MORAN, by his attorney, EDWARD T. GRANEY, and complaining of Defendant SISBRO, INC., and Illinois corporation, hereby states as follows:

1. That on or about April 30, 2007, Plaintiff RYAN K. MORAN was operating a motor vehicle eastbound on I-80, in the County of Will and State of Illinois.

2. That on or about April 30, 2007 Defendant THOMAS ARTHUR SNYDER, as agent/employee of SISBRO, INC., an Illinois corporation, was operating a truck eastbound on I-80, in the County of Will and State of Illinois.

3. That at or about the above time and place, Defendant THOMAS ARTHUR SNYDER, as agent/employee of SISBRO, INC., an Illinois corporation, rear-ended the motor vehicle of Plaintiff RYAN K. MORAN.

4. That at or about the above time and place, Defendant THOMAS ARTHUR SNYDER, as agent/employee of SISBRO, INC., an Illinois corporation, was guilty of the following acts and/or omission:

    (a) Failed to yield when danger of collision was imminent;

    (b) Failed to keep and maintain control of his vehicle;

    (c) Failed to apply brakes when danger of collision was imminent;

    (d) Failed to sound horn when danger of collision was imminent;

    (e) Failed to keep a safe distance from Plaintiff's vehicle; and

/27/2009 10:48 AM Great West Casualty Fax:800-833-1851 Help:800-552-9118 Page 5 of 7
JAN-26-2009(MON) 11:21 SISBRO (FAX)12172227423 P.006/012

Case: 1:09-cv-01073 Document #: 1-2 Filed: 02/19/09 Page 4 of 5 PageID #:4

(g) Was other careless and negligent.

5. As a result of Defendant's negligent conduct the Plaintiff was made sick sore and lame and was forced to undergo medical expenses and pain.

WHEREFORE, the Plaintiff, RYAN K. MORAN, respectfully prays for judgment against Defendant SISBRO, INC., an Illinois corporation, in excess of fifty thousand dollars ($50,000.00), plus cost.

EDWARD T. GRANEY
Attorney for Plaintiff RYAN K. MORAN

EDWARD T. GRANEY
134 North. LaSalle St.
Suite 1800
Chicago, Illinois 60602
(312)782-8820

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN K. MORAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.:<br>) Judge:<br>) Magistrate: |
| THOMAS ARTHUR SNYDER, individually, and as agent/employees of SISBRO, INC., an Illinois corporation, and SISBRO, INC., an Illinois corporation, | ) |
| Defendant. | ) |

### CONSENT TO REMOVAL

I, Glenn Meyers, Jr., on behalf of Sisbro, Inc. consent to the removal of the above captioned lawsuit from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois to the Federal District Court for the Northern District of Illinois.

_____
Glenn Meyers, Jr.
Representative of Sisbro, Inc.



DEFENDANT'S EXHIBIT B